RECEIVED
IN LAKE CHARLES, LA

MAY 22 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEAN MARC MONJOIE | : | DOCKET NO. 2:09-cv-303 SECTION P |
| VS. | : | JUDGE MINALDI |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Jean Marc Monjoie filed a *habeas corpus* petition in the above-captioned matter on February 23, 2009. Doc. 1. On May 15, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Monjoie was removed from the United States pursuant to an order of deportation on April 29, 2009. Doc. 10.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Mr. Monjoie shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this ___ day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE